

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 27, 2021

**VIA ECF**
Hon. Judge J. Peter Cronan
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Cruz v. Skoop, LLC, Civil Action No. 1:20-cv-09671-JPC

Dear Judge Cronan,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for February 4, 2021 at 10:00 a.m. It is now January 27, 2021 and Defendant has yet to appear in this case. By way of background, Plaintiff has attempted to serve Defendant without success and is in the process of ascertaining the correct address at which to serve Defendant.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

This request is GRANTED. The IPTC scheduled for February 4, 2021 at 10:00 a.m. is adjourned to March 15, 2021 at 11:00 a.m.

SO ORDERED.

Date: January 27, 2021
       New York, New York

JOHN P. CRONAN
United States District Judge