```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHAEL CRUZ, on behalf of himself and all others                        :
similarly situated,                                                    :
                                                                       :
                            Plaintiff,                                 :   20-CV-9671 (JPC)
                                                                       :
             -v-                                                       :   ORDER
                                                                       :
SKOOP, LLC,                                                            :
                                                                       :
                            Defendant.                                 :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on November 17, 2020.  (Dkt. 1.)  On January 27, 2021, Plaintiff requested an additional thirty days in which to file an affidavit of service with the Court.  (Dkt. 7.)  The Court granted this on January 28, 2021.  (Dkt. 8.)

Plaintiff is ordered to file proof of service by March 17, 2021.  The initial pretrial conference scheduled for March 15, 2021 at 11:00 a.m. is adjourned *sine die*.

SO ORDERED.

Dated: March 10, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge